IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RODERICK MAURICE WHITE,

    Plaintiff,

v.        CIVIL ACTION NO.: CV614-077

NORMAN IRVING, Corrections Officer,

    Defendant.

## ORDER

Plaintiff, currently incarcerated at Augusta Smith Medical Prison in Grovetown, Georgia has been permitted to proceed in forma pauperis in an action under 42 U.S.C. § 1983, contesting the conditions of his confinement at Georgia State Prison in Reidsville, Georgia. In this Court's Order dated September 23, 2014, the U.S. Marshal was directed to perfect service upon Defendant Norman Irving. However, the Marshal's service was unable to serve the complaint and summons upon Defendant Irving. The Court has been advised that Irving is longer employed by the Department of Corrections at Georgia State Prison. Additionally, the Court has been provided Irving's last known mailing address. Accordingly, a copy of Plaintiff's Complaint, a copy of the September 23, 2014 Order, and a copy of this Order shall be served upon Defendant Irving by the United States Marshal without prepayment of cost. Defendant Irving shall be guided by the instructions contained in the September 23, 2014 Order. The U.S. Marshal shall not disclose the

AO 72A
(Rev. 8/82)

mailing address of Norman Irving to Plaintiff. Furthermore, any document filed by the Marshal's Service containing the mailing address of Norman Irving shall be filed under seal.

The Clerk of Court is hereby authorized and directed to forward copies of Plaintiff's complaint (doc. 1), the undersigned's September 23, 2014 Order (doc. 14), Plaintiff's Motion to Amend or Clarify Complaint (doc. 17), the undersigned's Order dated November 4, 2014 (doc. 18), Plaintiff's Motion to Amend and Clarify (doc. 21), and the undersigned's Order dated November 19, 2014 (doc. 27) to Devon Orland, Senior Assistant Attorney General, Department of Law, State of Georgia, 40 Capitol Square, S.W., Atlanta, GA 30334-1300.

**SO ORDERED**, this 16th day of December, 2014.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)