IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
RODERICK MAURICE WHITE,       *
                              *
     Plaintiff,               *
                              *
v.                            *
                              *    CV 614-077
C/O NORMAN IRVING,            *
                              *
     Defendant.               *
                              *
                              *
```

**O R D E R**

The Magistrate Judge in this case reported and recommended that the Court grant summary judgment in favor of Defendant and deny Plaintiff leave to proceed in forma pauperis ("IFP") on appeal. (Doc. 95.) The Court adopted that report and recommendation, and this case has been closed since September 12, 2016. (Doc. 103.) On May 30, 2017, Plaintiff filed a motion for leave to appeal IFP and a motion to reopen the time to file a notice of appeal. (Docs. 110, 111.)

Because the Court has already denied Plaintiff's motion to appeal IFP, it treats his current request as a motion to reconsider. The Court sees no reason to reconsider its prior ruling and therefore **DENIES** Plaintiff's motion for leave to appeal IFP. And because Plaintiff is not entitled to have the

time for filing a notice of appeal reopened, see Fed. R. App. P. 4(a)(6), the Court **DENIES** Plaintiff's request to do so.

**ORDER ENTERED** at Augusta, Georgia this 26th day of June, 2017.

/s/ J. Randal Hall

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA